S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00091-JMK-MMS |
|---|---|
| Plaintiff, | ) <br> ) COUNT 1: <br> ) CARJACKING |
| vs. | )   Vio. of 18 U.S.C. § 2119(1) <br> ) |
| BRYSON EDWARD MCENEANEY, | ) COUNT 2: <br> ) FELON IN POSSESSION OF A |
| Defendant. | ) FIREARM AND AMMUNITION <br> )   Vio. of 18 U.S.C. §§ 922(g)(1) and <br> ) 924(a)(2) <br> ) <br> ) COUNT 3: <br> ) USE OF FIREARM DURING AND IN <br> ) RELATION TO CRIME OF <br> ) VIOLENCE <br> )   Vio. of 18 U.S.C. § 924(c)(1)(A)(ii) <br> ) and (C) <br> ) <br> ) <br> ) |

|  | ) CRIMINAL FORFEITURE |
|  | ) ALLEGATION: |
|  | )   21 U.S.C. § 924(d), 28 U.S.C. § |
|  | ) 2461(c), and Fed. R. Crim. P. 32.2(a) |
|  | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about December 17, 2021, within the District of Alaska, the defendant, BRYSON EDWARD MCENEANEY, with the intent to cause death or serious bodily harm, did take a motor vehicle from the person and presence of VICTIM 1, that is, a silver Subaru Legacy, a vehicle that had been transported, shipped, and received in interstate and foreign commerce, by force, violence, and intimidation.

All of which is in violation of 18 U.S.C. § 2119(1).

COUNT 2

On or about December 17, 2021, within the District of Alaska, the defendant, BRYSON EDWARD MCENEANEY, knowingly having been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: Aero Precision X15 300 firearm and .300 caliber ammunition.

//

//

//

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| July 25, 2016 | Failure to Stop | State of Alaska | 3KN-15-00903CR |
| July 25, 2016 | Assault 3 | State of Alaska | 3KN-15-00903CR |
| July 25, 2016 | Vehicle Theft 1 | State of Alaska | 3KN-15-00903CR |
| July 25, 2016 | Burglary 1 | State of Alaska | 3KN-15-00903CR |
| July 25, 2016 | Controlled Substance 4 | State of Alaska | 3KN-15-00903CR |
| May 27, 2016 | Vehicle Theft 1 | State of Alaska | 3AN-14-09667CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 3

On or about December 17, 2021, within the District of Alaska, the defendant, BRYSON EDWARD MCENEANEY, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, as charged in Count 1 of this Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (C).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), as set forth in Counts 2 and 3 of this Indictment, the defendant, BRYSON EDWARD MCENEANEY, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c), any firearm or ammunition involved in, used to facilitate, or used in knowing violation of the offense, including, but not limited to the following:

1. Aero Precision X15 300 firearm, serial number X303369; and
2. .300 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: November 15, 2022

Page 4 of 4

Case 3:22-cr-00091-JMK-MMS   Document 2   Filed 11/15/22   Page 4 of 4